USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- X
   UNITED STATES OF AMERICA,                            :
                                                        :        17-CR-227 (VEC) / 21-
                                                        :          CV-2403 (VEC)
              -against-                                 :
                                                        :             ORDER
                                                        :
   SALVADOR DIAZ,                                       :
                                                        :
                            Defendant.                  :
------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 21, 2021, Mr. Diaz filed a petition for a writ of mandamus, *see*

17-CR-227, Dkt. 183;

IT IS HEREBY ORDERED that the Clerk of Court is directed to open a new civil case

for Mr. Diaz's mandamus petition.  The document at 17-CR-227, Dkt. 183 should be docketed as

docket entry 1 in the new civil case.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Diaz.


**SO ORDERED.**

Date:  **October 22, 2021**                              **VALERIE CAPRONI**
       **New York, New York**                            **United States District Judge**